MAROADI TRANSFER & STORAGE, INC., a Pennsylvania Corporation, Appellant,

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANS-PORTATION

v.

The ESTATE OF A.J. DONATELLI, Appellee.

Supreme Court of Pennsylvania.

Argued Sept. 16, 1996.

Decided Feb. 24, 1997.

Stuart E. Savage, Pittsburgh, for Maroadi Transfer & Storage, Inc.

Jeffrey Giltenboth, Pittsburgh, William Cressler, Harrisburg, for Department of Transportation.

### ORDER

PER CURIAM.

The appeal is dismissed as having been improvidently granted.

NIGRO, J., dissents.

NEWMAN, J., did not participate in the consideration or decision of this case.

---

Anthony J. BARNATOVICH and Josephine Barnatovich, His wife

v.

COMMONWEALTH of Pennsylvania, DE-PARTMENT OF TRANSPORTATION; Hunt Engineers, Inc.; George E. Logue, Inc.; Cherry Township, Sullivan County, PA; Dale Fitzgerald, William Charnit-ski and Pat Tabor.

Petition of COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION.

Cross Petitioner: Cherry Township, Dale Fitzgerald, William Charnitski and Pat Tabor.

Supreme Court of Pennsylvania.

Feb. 24, 1997.

William J. Cressler, Andrew S. Gordon, Paul A. Tufano, Harrisburg, Jane M. Shields, Exton, for Petitioners.

### ORDER

PER CURIAM.

AND NOW, this 24th day of February, 1997, the petition for allowance of appeal and the cross petition for allowance of appeal are GRANTED, BUT LIMITED to the issue of whether an order dismissing an action for lack of jurisdiction precludes a subsequent action on the same facts in the same court.